1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KIFA MUHAMMAD,

11           Plaintiff,                    No. CIV S 02-0006 LKK CMK P

12        vs.

13   SAN JOAQUIN COUNTY JAIL, et al,

14           Defendants.

15   _____/           ORDER

16           Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983.   This

17   proceeding was referred to the undersigned by Local Rule 72-302 by the authority of 28 U.S.C. §

18   636(b)(1). Currently pending before the Court is defendants' motion for summary judgement.  A

19   pretrial conference, which will be conducted on the paperwork only, is scheduled for December 2,

20   2005.  Trial is set for February 22, 2006 before the Honorable Lawrence K. Karlton.

21           Defendants have filed their pretrial statement as required by Local Rule 16-

22   281(a)(1).  Plaintiff, however, has not filed his pretrial statement.

23   ///

24   ///

25   ///

26   ///

IT IS ORDERED THAT:

1.   Plaintiff is ordered to show cause in writing within ten days of service of this order why he has failed to file a pretrial statement as required by Local Rule 16-281(a)(1); and

2.   In light of the pending motion for summary judgment, the February 22, 2006 trial date is vacated.  The court will reset the trial date after ruling on the motion for summary judgment, if appropriate.

DATED:   December 4, 2005.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2