IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIFA MUHAMMAD, | No. CIV S-02-0006-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SAN JOAQUIN COUNTY JAIL, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time to August 30, 2007, to file his pre-trial statement. No trial date has yet been set. Good cause appearing therefor, plaintiff's request will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (Doc. 85) is granted;

2. Plaintiff shall file his pre-trial statement on or before August 30, 2007; and

3. Defendants' pre-trial statement is due within 30 days after service of plaintiff's pre-trial statement.

DATED: June 7, 2007.

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE