UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

KIFA MUHAMMAD,

       Plaintiff,

vs.

SAN JOAQUIN COUNTY JAIL, et al.,

       Defendants.

No. CIV S-02-0006 LKK CMK P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

       Kifa Muhammad, inmate #T-45669, a necessary and material witness in proceedings in this case on July 25, 2008, is confined in the Correctional Training Facility, Highway 101 North, P.O. Box 686, Soledad, CA 93960-0686, in the custody of the Warden Ben Curry; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Lawrence K. Karlton, to appear by video-conferencing at the Correctional Training Facility, Highway 101 North, Soledad, CA, July 25, 2008, at 11:15 a.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

       3.  The Clerk of the Court shall serve a copy of this order & writ of habeas corpus ad testificandum on the litigation coordinator via fax number 831-678-2263 or 831-678-5901.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  Warden Ben Curry, Correctional Training Facility, Highway 101 North, P.O. Box 686, Soledad, CA 93960-0686:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  June 11, 2008

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE