IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIFA MUHAMMAD, | No. CIV S-02-0006-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SAN JOAQUIN COUNTY JAIL, et al., | |
| Defendants. | |
| _____/ | |

        Plaintiff, a state prisoner proceeding in forma pauperis, brings this civil rights action pursuant to 42 U.S.C. § 1983. At the trial confirmation hearing held on July 25, 2008, the court determined it was appropriate for counsel to be appointed to represent plaintiff in this matter. Counsel will therefore be appointed. The trial date having been vacated, this matter will be set for a status/scheduling conference on October 22, 2008 before the magistrate judge assigned to this case. The parties shall file status conference report and appear by counsel at the status conference and be prepared to discuss how this matter should proceed. The parties are informed that telephonic appearances are permitted.

        Accordingly, IT IS HEREBY ORDERED that:

        1.     Ezekiel Cortez is hereby appointed to represent plaintiff;

2. Plaintiff's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file;

3. This matter is scheduled for a status/scheduling conference on October 22, 2008 at 10:00 a.m. before Magistrate Judge Kellison at the United State District Court in Redding, California;

4. The parties shall file status conference statements no later than five court days prior to the conference, addressing:

    a. the current status of the case;

    b. any expected or desired motions and the scheduling thereof;

    c. any anticipated requests for re-opening discovery or otherwise modifying the schedule of this case;

    d. the potential for settlement and specific recommendations regarding settlement procedures and timing, including whether a settlement conference should be scheduled and if so when, and whether referral to the court's Voluntary Dispute Resolution Program (see Local Rule 16-271) is appropriate in this case;

    e. any other matters that may add to the just and expeditious disposition of this matter;

5. The Clerk of the Court is directed to serve a copy of this order upon Ezekiel Cortez, Law Offices of Ezekiel Cortez, 1010 Second Avenue, Suite 1850, San Diego, CA 92101; and

6. Pursuant to 28 U.S.C. § 636(b)(1)(B), this matter is referred to the magistrate judge as if the case would be covered under the first sentence of Local Rule 72-302(c)(21).

DATED: August 7, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT