IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIFA MUHAMMAD, | No. CIV S-02-0006-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SAN JOAQUIN COUNTY JAIL, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding with appointed counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. A status conference was held in this matter on October 22, 2008, at 10:00 a.m. before the undersigned. Ezekiel E. Cortez appeared on behalf of plaintiff. Mark E. Berry appeared on behalf of the defendants.

Upon consideration of the status reports on file in this action, discussion with the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that:

    1.    A settlement conference is scheduled for December 3, 2008, at 9:30 a.m., to be held telephonically in Redding, California, before the undersigned.[1]  The parties are

---

[1] The parties are advised to arrange a telephonic appearance through Court Call as if appearing telephonically for a hearing.

1  directed to each submit a confidential settlement conference statement <u>directly to chambers</u> by
2  November 19, 2008.  These statements <u>shall not be filed</u>.
3          2.      The parties were advised of the necessity for a person able to dispose of
4  the case, or fully authorized to settle the matter on any terms, to attend the settlement conference.
5  <u>See</u> Local Rule 16-270.  Defendants shall have Deputy County Counsel Kristin Hegge, or her
6  designee, present to authorize settlement.  As plaintiff will not be present during the settlement
7  conference, plaintiff's counsel shall obtain full authority to enter into a settlement agreement
8  from his client;
9          3.      The parties shall execute and <u>file</u> the attached Waiver of Disqualification
10 on or before November 19, 2008;
11         4.      The Final Pretrial Conference is hereby set for January 12, 2009 at 2:00
12 p.m. before the Honorable Lawrence K. Karlton, in Sacramento, California.  Further orders will
13 issue in preparation for the Final Pretrial Conference, if necessary, but all parties to the action are
14 to appear at the Final Pretrial Conference through counsel; and
15         5.      Jury trial of this matter is set for April 14, 2009 at 10:30 a.m. in
16 Sacramento, California, Courtroom 4, before the Honorable Lawrence K. Karlton, United States
17 District Judge.

DATED: October 24, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIFA MUHAMMAD,                               No. CIV S-02-0006-LKK-CMK-P

       Plaintiff,

   vs.                                                    <u>ORDER</u>

SAN JOAQUIN COUNTY JAIL,

et al.,

       Defendants.

_____/

       Pursuant to Eastern District of California Local Rule 270(b), the parties to the herein action affirmatively request that the assigned Magistrate Judge participate in the settlement conference and further, the parties waive any claim of disqualification to Judge Kellison thereafter hearing and determining matters in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule 302 of the Eastern District of California.

DATED: _____       _____
                                                        By:   Attorney for plaintiff

DATED: _____       _____
                                                        By:   Attorney for defendants

3