IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIFA MUHAMMAD, | No. CIV S-02-0006-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SAN JOAQUIN COUNTY JAIL, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding with appointed counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. This matter is currently on calendar for a further settlement conference on December 22, 2008. In order to facilitate a productive settlement conference, the court finds it necessary to continue the further settlement conference to February 5, 2009, at 2:00 p.m. The parties may appear telephonically.

In addition, due to the need to continue the further settlement conference, the court finds it necessary to vacate the Final Pretrial Conference , currently set for January 12, 2009, and the trial date, currently set for April 14, 2009. The Final Pretrial Conference and trial will be reset, if necessary, by further court order.

/ / /

1  Good cause appearing therefor, IT IS HEREBY ORDERED that:

2      1. The further settlement conference is continued to February 5, 2009, at 2:00 p.m. to be held telephonically in Redding, California, before the undersigned.

    2. The Final Pretrial Conference, set for January 12, 2009 at 2:00 p.m., and the jury trial, set for April 14, 2009 at 10:30 a.m., both before the Honorable Lawrence K. Karlton, are vacated; and

    3. The Final Pretrial Conference and jury trial will be reset by further order of the court if necessary.

DATED: December 17, 2008

                                                     */s/ Craig M. Kellison*
                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE