IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KIFA MUHAMMAD, | ) | CASE NO. CIV-02-0006 LKK CMK |
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| SAN JOAQUIN COUNTY JAIL, et al. | ) | |
| Defendants. | ) | |

The Court, having been provided Notice of Settlement by counsel for all parties, hereby removes the Settlement Conference scheduled for February 5, 2009, from its calendar.

DATED: February 4, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1