# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIFA MUHAMMAD, | No. CIV S-02-0006-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SAN JOAQUIN COUNTY JAIL, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding with appointed counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. On February 4, 2009, the parties filed a notice of settlement, indicating that the parties have reached a stipulated settlement. The parties stated that dismissal documents would be filed with the court upon obtaining a release and settlement funding. On May 7, 2009, the court issued a minute order requiring the parties file dispositional documents on or before June 8, 2009, pursuant to Local Rule 16-160. The parties were warned that failure to comply with that order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause noncompliance. See Local Rule 11-110.

To date, there has been no formal communication from the parties as to the status of the settlement and dismissal documents. Neither party has submitted a request for additional

1 | time to comply with the court's order, nor has either side file the necessary dispositional
2 | documents as ordered.  Accordingly, the parties are ordered to show cause in writing, within 30
3 | days of the date of this order, why sanctions should not be imposed for failure to comply with the
4 | court's order.
5 |         IT IS SO ORDERED.

  DATED: June 23, 2009

                                    /s/ Craig M. Kellison
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE