IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIFA MUHAMMAD, | No. CIV S-02-0006-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| SAN JOAQUIN COUNTY JAIL, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding with appointed counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On June 23, 2009, the court issued an order to show cause why sanctions should not be imposed for failure to comply with the court's previous order to submit dispositional documents.  The parties have filed responses which indicate this matter is settled as the court was previously informed.  However, Plaintiff is experiencing difficulties in executing the settlement documents and having them notarized.

The court is aware that incarceration can complicate effective communication. The court also understands that exchanging settlement documents with an incarcerated individual is significantly more challenging than exchanging documents with an un-incarcerated individual.

///

1 | Accordingly, the June 23, 2009, order to show cause is discharged, and no sanctions will
2 | be imposed. However, the parties are admonished for failing to keep the court informed. To that
3 | extent, the parties are required to file a status report, within 45 days of the date of this order,
4 | informing the court of the status of settlement. This status report will not be required if the
5 | dispositional documents have been filed prior thereto.
6 |       IT IS SO ORDERED.

DATED: August 5, 2009

                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE