IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIFA MUHAMMAD,                               No. CIV S-02-0006-LKK-CMK-P

    Plaintiff,

  vs.                                              ORDER

SAN JOAQUIN COUNTY JAIL,
et al.,

    Defendants.

_____/

       Plaintiff, a state prisoner proceeding with appointed counsel, brings this civil rights action pursuant to 42 U.S.C. § 1983. The parties informed the court on May 7, 2009, that they have agreed to settlement terms in this case. The parties were ordered to file dispositional documents on or before June 8, 2009. Due to difficulties in obtaining all necessary signatures due to Plaintiff's incarceration, the parties were unable to meet that deadline. The court has informally been informed that the settlement documents have now been signed and sent to counsel. However, dispositional documents have not been filed.

       There should be no further impediments to disposing of this case. The parties are therefore required to finalize their settlement and file dispositive documents within 20 days of the date of this order. Failure to comply with this order may be grounds for the imposition of

sanctions on any and all counsel as well as any party or parties who cause noncompliance with this order.

        IT IS SO ORDERED.

DATED: February 10, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE