IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIFA MUHAMMAD,<br><br>    Plaintiff,<br><br>  vs.<br><br>SAN JOAQUIN COUNTY JAIL,<br>et al.,<br>    Defendants.<br>_____/ | No. CIV S-02-0006-LKK-CMK-P<br><br><br><br>ORDER |

      Plaintiff, a state prisoner, brought this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion to file an amended complaint (Docs. 120, 121).

      Plaintiff originally filed this action in 2002, challenging his treatment while incarcerated at the San Joaquin County Jail. Following a settlement conference, the parties reached a settlement. This case was dismissed pursuant to the written stipulation between the parties in 2010. Plaintiff appears to now be housed in an out of state prison. His request for leave to file an amended complaint relates to his treatment at his new facility.

      Plaintiff is informed that this case is closed. If plaintiff feels he is being mistreated at his current location, he may initiate a new action in the court with proper

jurisdiction.[1]  He may not file an amended complaint, especially one completely unrelated to the claims in this case, in an attempt to reopen this closed case.  Plaintiff is advised that any additional documents filed in this case will be disregarded and no order will issue in response to future filings.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motions for leave to file an amended complaint (Docs. 120, 121) are denied, and the Clerk of the Court is directed to send a copy of this order to plaintiff at his current address in Oklahoma.

DATED:  April 23, 2014

                                                                           */s/ Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

---

[1]  It is possible that plaintiff filed these pleadings in the wrong court.  To the extent plaintiff may have an active case in another court, plaintiff is informed he sent these motions to the Eastern District of California.  If it was his intention to file them in a district court in Oklahoma, he mistakenly sent them to this court instead.

2